1  Stefano Riznyk, Esq.   SBN 135688
   Madeline Baker, Esq.   SBN 336702
2  **SAN DIEGO BIZ LAW APC**
   4225 Executive Square, Suite 600
3  La Jolla, CA 92037
   Telephone: (619) 793-4827
4  Facsimile:  (310) 388-5933

5  Attorneys for Plaintiff, LEONARD NORMAN HOAR V

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD NORMAN HOAR V, an individual, | Case No: 3:21-CV-01486-W-BLM |
| | Judge: Hon. Thomas J. Whelan |
| Plaintiff, | Dept: 3C |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| SO-CAL DOMINOIDS, INC., a California corporation; and DOES 1 through 10, inclusive, | Action Filed: August 20, 2021 |
| | Trial Date: None Set |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Leonard Norman Hoar V ("Plaintiff") voluntarily dismisses with prejudice the above-entitled action against Defendant So-Cal Dominoids, Inc. ("Defendant"). This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: February 25, 2022                                    **SAN DIEGO BIZ LAW, APC**

By: /s/ Stefano Riznyk
Stefano Riznyk, Esq.
Madeline Baker, Esq.
Attorneys for Plaintiff

San Diego Biz Law, APC
4225 Executive Square, 6th Floor
La Jolla, CA 92037
Voice: 619.793.4827 / Fax 310.388.5933

**FILER'S ECF ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing or lodging of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: February 25, 2022                          By: /s/ Stefano Riznyk
                                                  Attorney for Plaintiff
                                                  Email: counsel@sandiegobizlaw.com

San Diego Biz Law, APC
4225 Executive Square, 6th Floor
La Jolla, CA 92037
Voice: 619.793.4827 / Fax 310.388.5933

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 25, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on February 25, 2022, at San Diego, California.

By: /s/ Stefano Riznyk
Attorney for Plaintiff
Email: counsel@sandiegobizlaw.com